JIM WRIGHT v. THE STATE.

No. 8957.　Delivered November 5, 1924.

No motion for rehearing filed.

**Transporting Intoxicating Liquor—Evidence Sufficient.**

No statement of facts nor bills of exception appearing in the record, the cause is affirmed.

Appeal from the District Court of Bastrop County. Tried below before the Hon. R. J. Alexander, Judge.

Appeal from a conviction for transporting intoxicating liquor; penalty, one year in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover ·C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the District Court of Bastrop County of transporting intoxicating liquor, and his punishment fixed at one year in the penitentiary.

This case is before us on appeal without statement of facts or bills of exception. We have examined the indictment and the charge of the court and believe same to be in conformity with law. An affirmance will be ordered.

*Affirmed.*